Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
15, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 15, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00609-CV

____________

 

IN RE T.F.W. MANAGEMENT, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 2, 2004, relator filed a petition for
writ of mandamus in this Court.  See Tex. Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator also filed a motion for stay.

After reviewing relator=s petition and record, we find that
relator has not established an abuse of discretion by the trial court.  Accordingly, we deny relator=s petition for writ of mandamus and
motion for stay. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 15, 2004.

Panel consists of Justices Fowler, Edelman, and Seymore.  (Edelman, J., would grant motion for stay and
set case for argument.)